**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

May 17, 2016

<u>**VIA ECF**</u>
The Honorable Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:  Espinosa v. Midland et al**
      **16 CV 464 (MKB) (RLM)**

Dear Chief Magistrate Judge Mann:

I represent the plaintiff in the above matter.  Upon consent of attorneys for all defendants, plaintiff requests that the conference scheduled for May 20, 2016 be adjourned.  The parties have been engaged in settlement discussions not only concerning this matter but a similar matter entitled Moskowitz v. Portfolio et al (15 CV 5265) (RRM) (LB) which is assigned to Judge Mauskopf where both matters concern a collection letter sent by Forster & Garbus.

Plaintiff requests that the conference be adjourned to early June to afford the parties to further attempt to resolve both matters.  In addition, plaintiffs are contemplating a motion for consolidation as the within plaintiff was originally a second plaintiff in the Moskowitz matter.  The Moskowitz conference before Magistrate Judge Bloom (Forster's motion) and plaintiff's response to defendant's request for leave to file a motion for summary judgment (Moskowitz' motion) have both been adjourned where the parties are discussing settlement.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:    Counsel of Record