**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEANYNA ESPINOSA, on behalf of herself and all other similarly situated consumers,<br><br>Plaintiff,<br><br>-against-<br><br>FORSTER & GARBUS, LLP; MIDLAND FUNDING, LLC, AND ENCORE CAPITAL GROUP, INC.,<br><br>Defendants. | **Civil Action No:**<br>**1:16-cv-00464-MKB-RLM**<br><br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of all claims of Plaintiff Jeanya Espinosa against Defendants Forster & Garbus, LLC, Midland Funding, LLC and Encore Capital Group, Inc. in the above-captioned matter, with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims, and without costs.

Dated:  June 15, 2016

Respectfully submitted,

| | |
|---|---|
| ADAM J. FISHBEIN, P.C. | MARSHALL DENNEHEY WARNER COLEMAN AND GOGGIN, PC |
| /s/ *Adam J. Fishbein*<br>Adam J. Fishbein, Esquire<br>483 Chestnut Street<br>Cedarhurst, NY 11516<br>(516) 791-4400<br>fishbeinadamj@gmail.com<br>*Attorney for Plaintiff* | /s/ *Matthew B. Johnson*<br>Matthew B. Johnson<br>Wall Street Plaza<br>88 Pine St, 21st Fl<br>New York, NY 10005<br>Tel: 212.376.6433<br>MBJohnson@mdwcg.com<br>*Attorney for Midland Funding, LLC and Encore Capital Group, Inc.* |

ROBERT L. ARLEO, ESQ. P.C.

 /s/ *Robert L. Arleo*
Robert L. Arleo
380 Lexington Avenue, 17th Fl.
New York, NY 10168
Tel: 212.551.1115
robertarleo@gmail.com
*Attorney for Forster & Garbus, LLP*